IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | | |
|---|---|---|
| Robert J. Cooper, | ) | |
| | ) | |
| Plaintiff, | ) | C/A No. 1:12-3025-TMC |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| Carolyn W. Colvin, Acting Commissioner of Social Security Administration, | ) ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the Motion to Dismiss filed by the Plaintiff, Robert J. Cooper. (ECF No. 15). Plaintiff moves to dismiss with prejudice his Social Security appeal pursuant to Fed.RCiv.P. 41(a)(1)(A)(ii). The Commissioner has filed a response stating she does not object to Plaintiff's motion. (ECF No. 17).

Accordingly, Plaintiff's Motion to Dismiss (ECF No. 15) is **GRANTED**, and this action is **DISMISSED WITH PREJUDICE** pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii).

**IT IS SO ORDERED.**

s/Timothy M. Cain
Timothy M. Cain
United States District Judge

Anderson, South Carolina
June 12, 2013